

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISHON M. ARCHIELD<br>LA. DOC #375640 | : | CIVIL ACTION NO. 2:14-cv-605<br>SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY A/K/A<br>N. BURL CAIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that petitioner's application for a writ of *habeas corpus* [docs. 1 and 7], be and hereby is **DENIED,** and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d)(1)(A).

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 18th day of September, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE